**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Gabriel Rodriguez, | CIV 09-466-PHX-JAT (MHB) |
| Petitioner, | **ORDER** |
| vs. | |
| Dora Schriro, et al., | |
| Respondents. | |

Pending before the Court is Respondents' Motion to Strike Petitioner's Supplemental Legal Authority (Doc. #14). Respondents claim that "Petitioner filed [ ] Supplemental Legal Authority, which *appears* to raise additional claims not included in the petition." (Emphasis added.) In their Motion to Strike, Respondents fail to cite any examples.

The Court, having reviewed the pleadings,

**IT IS ORDERED** that Respondents' Motion to Strike (Doc. #14) is **DENIED**. Respondents are, however, granted a 10-day extension of time to file an Answer to Petitioner's Petition for Writ of Habeas Corpus. Respondents shall file an Answer no later than June 29, 2009.

DATED this 3rd day of June, 2009.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge